1  LATHAM & WATKINS LLP
      Steven M. Bauer (State Bar No. 135067)
2     Steve.bauer@lw.com
   505 Montgomery St., Suite 1900
3  San Francisco, California 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095

5  HILL & ROBBINS, PC
      John F. Walsh (State Bar No. 135530)
6     johnwalsh@hillandrobbins.com
   1441 Eighteenth Street, Suite 100
7  Denver, Colorado 80202
   Telephone:  (303) 296-8100
8  Facsimile:   (303) 296-8388

9  Attorneys for Defendant
   Becky Christian
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,        No. CR-08-0237-MHP

16             Plaintiff,            [PROPOSED] ORDER GRANTING
                                     DEFENDANT BECKY CHRISTIAN'S
17      v.                           MOTION TO SEVER

18  DAVID NOSAL and                  The Honorable Marilyn Hall Patel
    BECKY CHRISTIAN,                 Courtroom 14
19                                   Date:  June 16, 2008
               Defendants.           Time: 11:00 a.m.
20

21        The Court held a hearing considering the Defendant's Motion to Sever. After

22  reviewing the pleadings and evidence concerning this Motion, and considering the arguments of

23  counsel, good cause appearing and for the reasons stated therein and by the Court at the hearing,

24  Defendant Christian's Motion to Sever is Granted.

25        SO ORDERED.

26  DATED: June 19, 2008        By_____
                                The Honorable Marilyn H. Patel
27                              United States District Judge

28

*IT IS SO ORDERED* — Judge Marilyn H. Patel

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NO. CR-08-0237-MHP
[PROPOSED] ORDER GRANTING DEFENDANT
CHRISTIAN'S MOTION TO SEVER