BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

 450 Golden Gate Avenue, 11th Floor
 San Francisco, California 94102
 Telephone: (415) 436-6830
 Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0237 MHP |
|  Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
|  v. ) | ORDER DOCUMENTING |
| ) | EXCLUSION OF TIME |
| DAVID NOSAL, ) | |
|  Defendant. ) | |
| ) | |

  With the agreement of the parties in open court on July 7, 2008, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 7, 2008, to July 21, 2008, with respect to the defendant David Nosal. The parties stipulate, and the Court finds and holds, as follows:

  1. The defendant Nosal appeared before the Court on July 7, 2008 regarding the motion that the United States had previously filed under seal. At that time, the Court did not rule on the government's motion, and continued the matter to July 21, 2008.

  2. Based on the facts set out above and on the record in open court, the parties agree, and the Court so finds, that the period from July 7, 2008, to July 21, 2008, should be excluded from Speedy Trial Act calculations pursuant 18 U.S.C. § 3161(h)(1)(F).

  3. Accordingly, and with the consent of the defendant David Nosal, the Court orders that the period from July 7, 2008, to July 21, 2008, be excluded from Speedy

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 08-0237 MHP ]

1  Trial Act calculations under 18 U.S.C. § 3161(h)(1)(F).
2  SO STIPULATED.
3  DATED:      July 14, 2008                    BRIAN J. STRETCH
                                                Acting United States Attorney
4
5
                                                _____/s/_____
6                                               KYLE F. WALDINGER
                                                Assistant United States Attorney
7
8
   DATED:      July 12, 2008                    _____/s/_____
9                                               STEVEN F. GRUEL
                                                Attorney for the defendant David Nosal
10
11 IT IS SO ORDERED.
12 DATED:      July 15 , 2008
13                                              MARILYN H.
                                                United
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 08-0237 MHP]    -2-

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*