BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0237 MHP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER RE-SETTING DATES AND |
| | ) | DOCUMENTING EXCLUSION OF |
| DAVID NOSAL, | ) | TIME |
| Defendant. | ) | |
| | ) | |

With the agreement of the parties, the Court enters this order continuing the July 21, 2008, hearing to August 11, 2008, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 21, 2008, to August 11, 2008, with respect to the defendant David Nosal. The parties stipulate, and the Court finds and holds, as follows:

1.  The defendant Nosal last appeared before the Court on July 7, 2008 regarding the motion that the United States had previously filed under seal. At that time, the Court did not rule on the government's motion, and continued the matter to July 21, 2008.

2.  The defendant Nosal needs additional time to confer with separate counsel prior to the parties' next appearance, and will not be able to do so before the hearing currently scheduled for July 21, 2008. Moreover, counsel for the defendant Nosal, Steven

STIP. & [PROPOSED] ORDER RE-SETTING DATES &
DOCUMENTING EXCLUSION OF TIME [CR 08-0237 MHP ]

1  F. Gruel, is unavailable for a hearing before the Court on both July 28, 2008, and August
2  4, 2008. Accordingly, the parties jointly request that the Court re-set the hearing currently
3  set for July 21, 2008 to August 11, 2008.
4      3.    Based on the facts set out above and on the record in open court, the parties
5  agree, and the Court so finds, that the period from July 21, 2008, to August 11, 2008,
6  should be excluded from Speedy Trial Act calculations pursuant 18 U.S.C.
7  § 3161(h)(1)(F), based on the government's pending motion, and pursuant to 18 U.S.C.
8  § 3161(h)(8)(B)(iv), based on defense counsel's unavailability and the need for continuity
9  of counsel.
10      4.    Accordingly, and with the consent of the defendant David Nosal, the
11  Court continues the hearing currently set for July 21, 2008, to August 11, 2008, and
12  orders that the period from July 21, 2008, to August 11, 2008, be excluded from Speedy
13  Trial Act calculations under 18 U.S.C. § 3161(h)(1)(F) and 18 U.S.C. § 3161(h)(8)(iv).
14  SO STIPULATED.
15  DATED:    July 15, 2008            BRIAN J. STRETCH
                                        Acting United States Attorney
16
17
                                        _____/s/_____
18                                      KYLE F. WALDINGER
                                        Assistant United States Attorney
19
20
     DATED:    July 15, 2008            _____/s/_____
21                                      STEVEN F. GRUEL
                                        Attorney for the defendant David Nosal
22
23  IT IS SO ORDERED.
24  DATED:    July 17, 2008
25
26
27
28

STIP. & [PROPOSED] ORDER RE-SETTING DATES &
DOCUMENTING EXCLUSION OF TIME [CR 08-0237 MHP]                                      -2-