SCOTT N. SCHOOLS (SC 9990)
Associate Deputy Attorney General
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID NOSAL, ) <br> ) <br>    Defendant. ) <br> ) | No. CR 08-0237 MHP <br><br> STIPULATION AND [~~PROPOSED~~] ORDER SETTING DATES AND DOCUMENTING EXCLUSION OF TIME |

     With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 25, 2008, to November 17, 2008, with respect to the defendant David Nosal. The parties stipulate, and the Court finds and holds, as follows:

     1.    The parties last appeared before the Court on August 25, 2008.

     2.    During the August 25, 2008, hearing, the Court set a motions hearing date of January 28, 2009, for the defendant's pre-trial motions. The Court directed the parties to agree on a briefing schedule with respect to those motions. Since then, the defendant has determined that he wishes to file a motion for recusal of the United States Attorney's Office for the Northern District of California, to be heard on November 17, 2008, at 11:00 a.m. At that time, and depending on the Court's ruling on the defense motion for recusal, defense counsel will seek to re-visit the issue of whether a January 2009 hearing

1  date for additional motions is achievable.

2      3.    The parties have agreed on the following briefing schedule with respect to
3  the defendant's motion for recusal:

4          Defendant's filing due:        October 15, 2008
5          Government's response due:    November 3, 2008
6          Defendant's reply due:        November 10, 2008
7          Motion hearing:               November 17, 2008

8      4.    At the August 25, 2008, hearing, counsel for the defendant indicated that he
9  would be occupied in trial and preparing for trial in another case during several weeks in
10 September and October 2008.  Based on the complexity of this case, and based on defense
11 counsel's unavailability, defense counsel needs until at least October 15, 2008, to prepare
12 and file his motion for recusal.

13     5.    Based on the facts set out above and on the record in open court, the parties
14 agree, and the Court so finds, that taking into the account the public interest in the prompt
15 disposition of criminal cases, granting a continuance until November 17, 2008, is
16 necessary based on the complexity of this case, on the need for both counsel to prepare
17 and respond to motions, on defense counsel's unavailability, and on the need for effective
18 preparation of defense counsel.  See 18 U.S.C. § 3161(h)(8)(B)(ii) & (iv).  Given these
19 circumstances, the Court finds that the ends of justice served by excluding the period
20 from August 25, 2008, to November 17, 2008, outweigh the best interest of the public and
21 the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

22     6.    Accordingly, and with the consent of the defendant David Nosal, the
23 Court (1) sets the briefing schedule set out in ¶ 3 above with respect to the defendant
24 ///
25 ///
26 ///
27 ///
28 ///

1  Nosal's motion for recusal and (2) orders that the period from August 25, 2008, to
2  November 17, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C.
3  § 3161(h)(8)(ii) and (iv).
4  SO STIPULATED.

5  DATED:      September 26, 2008            SCOTT N. SCHOOLS
                                             Associate Deputy Attorney General
6                                            Acting United States Attorney

7
                                             _____/s/_____
8                                            KYLE F. WALDINGER
                                             Assistant United States Attorney
9

10

11 DATED:      September 25, 2008            _____/s/_____
                                             STEVEN F. GRUEL
12                                           Attorney for the defendant David Nosal

13

14 IT IS SO ORDERED.
               October 1,
15 DATED:      ~~September~~___, 2008
                                             _____
16                                           MARILYN HALL PATEL
                                             United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]

STIP. & [PROPOSED] ORDER SETTING DATES &
DOCUMENTING EXCLUSION OF TIME [CR 08-0237 MHP]                                  -3-