SCOTT N. SCHOOLS (SC 9990)
Associate Deputy Attorney General
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0237 MHP |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER SETTING DATES AND |
| | ) | DOCUMENTING EXCLUSION OF |
| DAVID NOSAL, | ) | TIME |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     With the agreement of the parties in open court on November 17, 2008, the Court

enters this order (1) setting a briefing schedule with respect to any pre-trial motions to be

filed by the defendant David Nosal and (2) documenting the exclusion of time under the

Speedy Trial Act, 18 U.S.C. § 3161, from November 17, 2008, to January 12, 2009. The

parties stipulate, and the Court finds and holds, as follows:

     1.    The parties appeared before the Court on November 17, 2008, for a hearing

on the defendant's motion to recuse government counsel and to dismiss the indictment.

At the conclusion of the November 17, 2008, hearing, the Court set the following briefing

schedule and a motions hearing date for any remaining pre-trial motions to be filed by the

defendant Nosal.

               Defendant's filings due:        January 12, 2009

               Government's response due:     February 2, 2009

1          Defendant's reply due:                    February 9, 2009

2          Motion hearing:                           February 17, 2009

3          2.     Counsel for the defendant indicated that he had been occupied in trial and

4   preparing for trial in another case during several weeks in September and October 2008.

5   Based on the complexity of the instant case, and based on defense counsel's

6   unavailability due to the other case, defense counsel stated that he needed until at least

7   January 12, 2009, to effectively prepare any pre-trial motions that he may file.

8          3.     Based on the facts set out above and on the record in open court, the parties

9   agree, and the Court so finds, that taking into the account the public interest in the prompt

10  disposition of criminal cases, granting a continuance until January 12, 2009, for the

11  defendant to file pretrial motions is necessary based on the complexity of this case and on

12  the need for effective preparation of defense counsel.  See 18 U.S.C. § 3161(h)(8)(B)(ii)

13  & (iv).  Given these circumstances, the Court finds that the ends of justice served by

14  excluding the period from November 17, 2008, to January 12, 2009, outweigh the best

15  interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

16         4.     Accordingly, and with the consent of the defendant David Nosal, the

17  Court (1) sets the briefing schedule set out in ¶ 1 above with respect to the defendant

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

STIP. & [PROPOSED] ORDER SETTING DATES &
DOCUMENTING EXCLUSION OF TIME [CR 08-0237 MHP ]                    -2-

1   Nosal's pre-trial motions and (2) orders that the period from November 17, 2008, to

2   January 12, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C.

3   § 3161(h)(8)(ii) and (iv).

4   SO STIPULATED.

5   DATED:        December 1, 2008                 SCOTT N. SCHOOLS
                                                    Associate Deputy Attorney General
6                                                   Acting United States Attorney

7

8                                                   _____/s/_____
                                                    KYLE F. WALDINGER
9                                                   Assistant United States Attorney

10

11  DATED:        December 1, 2008                 _____/s/_____
                                                    STEVEN F. GRUEL
12                                                  Attorney for the defendant David Nosal

13

14  IT IS SO ORDERED.

15  DATED:        _____12/2_____, 2008       _____
                                                    MARILYN HALL PATEL
16                                                  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28