1    STEVEN F. GRUEL (CSBN 213148)
     Attorney at Law
2    100 Pine Street, Suite 600
     San Francisco, CA 94122
3    Telephone Number: (415) 989-1253
     Fax Number: (415) 576-1442
4    attystevengruel@sbcglobal.net

5    DENNIS P. RIORDAN (SBN 69320)
     DONALD M. HORGAN (SBN 121547)
6    RIORDAN & HORGAN
     523 Octavia Street
7    San Francisco, CA 94102
     Telephone Number: (415) 431-3472
8    Fax Number: (415) 552-2703
     dennis@riordan-horgan.com
9    Attorneys for David Nosal

10

11                    UNITED STATES DISTRICT COURT

12        NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,            ) No. CR-08-0237-MHP
                                          )
15                                        ) **STIPULATION AND [~~PROPOSED~~]**
                    Plaintiff,            ) **ORDER**
16                                        )
                                          )
17        vs.                             )
                                          )
18   DAVID NOSAL, et al.,                 )
                                          )
19                  Defendants.           )
     ─────────────────────────────────   )

20         IT IS HEREBY STIPULATED by and between counsel for the United States, Assistant

21   U.S. Attorney Kyle Waldinger, and counsel for defendant David Nosal, Dennis P. Riordan, that

22   the hearing presently scheduled for February 17, 2009 be continued to March 2, 2009 at 11:00

23   a.m.  Defendant's reply is now due on February 17, 2009.

24

25   Dated: February 5, 2009            /s/ Dennis P. Riordan
                                        DENNIS P. RIORDAN
26                                      Attorney for Defendant
                                        DAVID NOSAL

27
     Dated: February 5, 2009            /s/ Kyle Waldinger
28                                      KYLE WALDINGER
                                        Assistant U.S. Attorney

                                        1

1

~~[PROPOSED]~~ ORDER

2   IT IS SO ORDERED that the hearing presently scheduled for February 17, 2009 be

3 continued to March 2, 2009 at 11:00 a.m.  Defendant's reply is now due February 17, 2009.

4

5 Dated: _2/11/2009_____

        _____
6           HONORABLE MARILYN H. PATEL



Judge Marilyn H. Patel

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28