SCOTT N. SCHOOLS (SC 9990)
Associate Deputy Attorney General
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0237 MHP |
| ) | |
|    Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER SETTING DATES AND |
| ) | DOCUMENTING EXCLUSION OF |
| DAVID NOSAL, ) | TIME |
| ) | |
|    Defendant. ) | |

     With the agreement of counsel in open court on April 6, 2009, the Court enters this order (1) setting a status hearing for April 27, 2009, and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 6, 2009, to April 27, 2009. The parties stipulate, and the Court finds and holds, as follows:

     1.    Counsel for the parties appeared before the Court on April 6, 2009. Counsel for the defendant indicated that he would be occupied beginning the following week in a civil trial in San Jose. Counsel for the defendant also advised that the defendant was considering filing an additional pretrial motion and needed additional time to make that determination. Based on the complexity of the instant case, and based on defense counsel's unavailability due to the other case, defense counsel needs until at least April 27, 2009, to effectively make that determination.

     2.    Based on the facts set out above and on the record in open court, the parties

1 | agree, and the Court so finds, that taking into the account the public interest in the prompt
2 | disposition of criminal cases, granting a continuance until April 27, 2009, is necessary
3 | based on the complexity of this case, on the need for effective preparation of defense
4 | counsel, and for continuity of defense counsel.  See 18 U.S.C. § 3161(h)(7)(B)(ii) & (iv).
5 | Given these circumstances, the Court finds that the ends of justice served by excluding
6 | the period from April 6, 2009, to April 27, 2009, outweigh the best interest of the public
7 | and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).
8 |         3.      Accordingly, and with the consent of the defendant David Nosal, the
9 | Court (1) sets a status hearing in this matter for April 27, 2009, and (2) orders that the
10 | period from April 6, 2009, to April 27, 2009, be excluded from Speedy Trial Act
11 | calculations under 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv).
12 | SO STIPULATED.
13 | DATED: April 8, 2009                                SCOTT N. SCHOOLS
                                                        Associate Deputy Attorney General
14 |                                                    Acting United States Attorney
15 |
16 |                                                    _____/s/_____
                                                        KYLE F. WALDINGER
17 |                                                    Assistant United States Attorney
18 |
19 | DATED: April 8, 2009                                _____/s/_____
                                                        STEVEN F. GRUEL
20 |                                                    Attorney for the defendant David Nosal
21 |
22 | IT IS SO ORDERED.
23 | DATED:    _4/10_____, 2009
24 |                                                    MARILYN H. PATEL
                                                        United States District Judge
25 |
26 |
27 |
28 |

IT IS SO ORDERED
Judge Marilyn H. Patel

STIP. & [PROPOSED] ORDER SETTING DATES &
DOCUMENTING EXCLUSION OF TIME [CR 08-0237 MHP ]                                    -2-