STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

Attorney for David Nosal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. CR-08-00237-MHP |
| Plaintiff,         ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING |
| Vs.         ) | |
| DAVID NOSAL,         ) | Honorable Marilyn Hall Patel |
| Defendant.         ) | |

   Defendant David Nosal, by and through his attorney Steven F. Gruel, and the United States of America, by and through its attorney, Kyle Waldinger, Assistant United States Attorney, hereby stipulate and respectfully request that the hearing date currently scheduled for April 27, 2009 at 10:00 a.m. should be continued to May 18, 2009 at 10:00 a.m.

   The continuance is requested by the defense because defense counsel is currently participating in a trial in the Santa Clara Superior Court in San Jose.  This trial, before the Honorable John Herlihy is scheduled to continue to mid-May 2009.  There is no objection by the government in moving this date.

STIPULATION AND [PROPOSED]  ORDER CONTINUING  STATUS HEARING

- 1

1  The parties stipulate that additional time is necessary for continuity and effective preparation

2  of counsel, taking into account the exercise of due diligence, and the granting of such

3  continuance outweighs the best interests of the public and the defendant in a speedy trial

4  pursuant to the Speedy Trial Act, 18 USC 3161(h)(7)(A) and B(iv).   Accordingly, the parties

5  stipulate that the time from April 27, 2009 through May 18, 2009  is excludable under the

6  Speedy Trial  Act, 18 USC 3161(h)(7)(A) and B(iv).

7  SO STIPULATED:

8  DATED: 04/24/09            __/s/_____
                                                 STEVEN F. GRUEL,
9                                                Attorney for David Nosal

10

11   DATED:  04/24/09
                                                  __/s/_____
12                                                KYLE WALDINGER
                                                  Assistant United States Attorney

13

14

15                                          [PROPOSED]  ORDER

16          PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the

17  hearing date of April 27, 2009 at 10:00 a.m. is  hereby continued to May 18, 2009 at 10:00 a.m.

18       FURTHER, the time under the Speedy Trial Act from April 27, 2009 through May 18,

19  2009 is hereby ordered excluded on the grounds set forth in the above stipulation.  The parties

20  stipulate, and the Court so finds, that additional time is necessary for continuity and effective

21  preparation of counsel, taking into account the exercise of due diligence, and that the ends of

22  justice served by the granting of such continuance outweigh the best interests of the public and

23  the defendant in a speedy trial pursuant to the Speedy Trial Act,  18 USC 3161(h)(7)(A) and

24  B(iv).   Accordingly, the parties stipulate, and the Court so orders, that the time from April 27,

STIPULATION AND [PROPOSED]  ORDER CONTINUING  STATUS HEARING

- 2

2009 through May 18, 2009  is excludable under the Speedy Trial  Act, 18 USC 3161(h)(7)(A) and B(iv).

IT IS SO ORDERED.

DATED:                              HONORABLE MARILYN H. PATEL
                                    United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIPULATION AND [PROPOSED]  ORDER CONTINUING  STATUS HEARING

- 3 -