STEVEN F. GRUEL (CSBN 213148)
Attorney at Law
100 Pine Street, Suite 600
San Francisco, CA 94122
Telephone Number: (415) 989-1253
Fax Number: (415) 576-1442
attystevengruel@sbcglobal.net

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone Number: (415) 431-3472
Fax Number: (415) 552-2703
dennis@riordan-horgan.com
Attorneys for David Nosal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-08-0237-MHP |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| vs. | ) |
| DAVID NOSAL, et al., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between counsel for the United States, Assistant U.S. Attorney Kyle Waldinger, and counsel for defendant David Nosal, Dennis P. Riordan, that the hearing presently scheduled for December 7, 2009 at 11:00 a.m. be continued to December 9, 2009 at ~~9:30 a.m.~~ **2:30 p.m.**

Dated: October 23, 2009        /s/ Dennis P. Riordan
                               DENNIS P. RIORDAN
                               Attorney for Defendant
                               DAVID NOSAL

Dated: October 23, 2009        /s/ Kyle Waldinger
                               KYLE WALDINGER
                               Assistant U.S. Attorney

1

1 **[PROPOSED] ORDER**

2 IT IS SO ORDERED that the hearing presently scheduled for December 7, 2009 at 11:00
**2:30 p.m.**
3 a.m. be continued to December 9, 2009 at ~~9:30 a.m~~.

5 Dated: _11/3/2009_____    _____
6                           HONORABLE MARILYN H. PATEL



1                                    2