STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

Attorney for David Nosal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0237-MHP |
| ) | |
| Plaintiff, ) | DEFENDANT  DAVID NOSAL'S |
| ) | REQUEST, STIPULATION AND |
| Vs. ) | [PROPOSED] ORDER PERMITTING |
| ) | WAIVER OF APPEARANCE AT |
| DAVID NOSAL, ) | HEARING |
| ) | |
| Defendant. ) | Honorable Marilyn Hall Patel |
| ) | |
| ) | Hearing Date:  December 9, 2009 @ 2:30 p.m. |
| ) | |
| ) | |

Defendant David Nosal, by and through his attorney, Steven F. Gruel, hereby submits this

REQUEST, STIPULATION AND [PROPOSED] ORDER PERMITTING WAIVER OF

APPEARANCE AT HEARING set for December 9, 2009 at 2:30 p.m. before the Court.

REQUEST AND STIPULATION FOR WAIVER OF APPEARANCE

The Defendant filed a Motion To Reconsider Previous Ruling Denying the Dismissal of

Counts Two To Nine of the Superseding Indictment.  Although originally scheduled for hearing

on December 7, 2009, at 11:00 a.m., the parties filed a stipulation seeking permission to

*DAVID NOSAL'S  WAIVER OF APPEARANCE*

reschedule the hearing date to December 9, 2009. [Docket Numbers 123; 125].  This new date

and time, however, inadvertently conflicts with an important business matter for Mr. Nosal.

Mr. Nosal understands his right to be present at this December 9, 2009 motion hearing and,

with the Court's permission, respectfully requests that his appearance be waived.

The government stipulates to this defense request to waive Mr. Nosal's appearance for the

December 9, 2009 motion hearing.


Dated: November 18, 2009        /s/ _____

                                STEVEN F. GRUEL
                                Attorney for David Nosal


Dated: November 18, 2009        /s/_____
                                KYLE F. WALDINGER
                                Assistant United States Attorney


### [PROPOSED] ORDER

PREDICATED on defense counsel's request and the parties' stipulation,

defendant David Nosal's appearance is hereby waived for the December 9, 2009

2:30 p.m. motion hearing.

IT IS SO ORDERED.

11/20/2009                      _____



HONORABLE MARILYN H. PATEL
United States District Court

*DAVID NOSAL'S  WAIVER OF APPEARANCE*

– 2