STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

Attorney for David Nosal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> Vs. <br><br> DAVID NOSAL, <br><br> Defendant. | No. CR-08-00237-MHP <br><br> STIPULATION AND [PROPOSED] ORDER WAIVING DEFENDANT DAVID NOSAL'S APPEARANCE AT PRETRIAL CONFERENCE <br><br> Honorable Marilyn Hall Patel |

Defendant David Nosal, by and through his attorney Steven F. Gruel, and the United States of America, by and through its attorney, Kyle Waldinger, Assistant United States Attorney, hereby stipulate and respectfully request that Mr. Nosal's appearance at the pretrial hearing scheduled for January 19, 2010 at 1:30 p.m. be waived. Counsel for Mr. Nosal hereby represents that Mr. Nosal is fully informed as to his right to be present for the pretrial conference. Mr. Nosal hereby voluntarily waives his right to be present. With the Court's permission he respectfully requests leave to have his appearance waived due to a business trip that require his departure from the Bay Area on January 19, 2010.

*STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF APPEARANCE*

- 1 -

SO STIPULATED:

DATED: 01/15/10

*David Nosal (signature)*

DAVID NOSAL

DATED: 01/15/10

/s/
STEVEN F. GRUEL,
Attorney for David Nosal

DATED: 01/15/10

/s/
KYLE WALDINGER
Assistant United States Attorney

[PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, Mr. Nosal's appearance is hereby waived for the January 19, 2010 pretrial conference.

IT IS SO ORDERED.

DATED: 1/21/2010

HONORABLE
United States D[istrict Court]

IT IS SO ORDERED
*(signature)*
Judge Marilyn H. Patel

*[Seal: United States District Court, Northern District of California]*

*STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF APPEARANCE*

- 2 -