SCOTT N. SCHOOLS (SC 9990)
Associate Deputy Attorney General
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

JAIKUMAR RAMASWAMY (NYSB 3058740)
Trial Attorney

    Criminal Division
    Computer Crime and Intellectual Property Section
    U.S. Department of Justice
    1301 New York Ave., NW
    Suite 600
    Washington, DC 20530
    Telephone: (202) 353-0229
    Facsimile: (202) 514-6113
    E-mail: jaikumar.ramaswamy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0237 MHP |
|     Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| DAVID NOSAL, | ) | |
|     Defendant. | ) | |

    With the agreement of the parties on January 19, 2010, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 19, 2010, to February 16, 2010. The parties stipulate, and the Court finds and holds, as follows:

    1.    Counsel for the parties appeared before the Court on January 19, 2010. Counsel for the defendant, Steven F. Gruel, requested that the Court continue the trial date from February 9, 2010, to March 9, 2010, based on the fact that there were several undecided issues in the case

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 08-0237 MHP

1  (including whether there would be a government appeal and whether there would be a bench trial
2  or jury trial) and that these undecided issues would require additional time for the defense to
3  prepare for trial.
4      2.   Based on these facts, the Court vacated the February 9, 2010, trial date, and set a
5  new trial date of February 16, 2010.
6      3.   Based on the facts set out above and on the record in open court, the parties agree,
7  and the Court so finds, that taking into the account the public interest in the prompt disposition of
8  criminal cases, granting a continuance of the trial until February 16, 2010, is necessary based on
9  the need for effective preparation of defense counsel and that counsel for the defense needs the
10 period from January 19, 2010, to February 16, 2010, to adequately prepare for trial. See 18
11 U.S.C. § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds that the ends of justice
12 served by excluding the period from January 19, 2010, to February 16, 2010, outweigh the best
13 interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).
14     4.   Accordingly, the Court orders that the period from January 19, 2010, to February
15 16, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(B)(iv).
16 SO STIPULATED.
17 DATED: January 25, 2010                    SCOTT N. SCHOOLS
                                              Associate Deputy Attorney General
18                                            Acting United States Attorney

20                                            _____/s/_____
                                              KYLE F. WALDINGER
21                                            Assistant United States Attorney

23 DATED: January 25, 2010                    _____/s/_____
                                              STEVEN F. GRUEL
24                                            Attorney for the defendant David Nosal

26 IT IS SO ORDERED.
27 DATED:    1/26          , 2010
                                              MARILYN H. PATEL
28                                            United States District Judge

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION
CR 08-0237 MHP

*IT IS SO ORDERED* — Judge Marilyn H. Patel (United States District Court, Northern District of California seal)