SCOTT N. SCHOOLS (SC 9990)
Associate Deputy Attorney General
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

JAIKUMAR RAMASWAMY (NYSB 3058740)
Trial Attorney

    Criminal Division
    Computer Crime and Intellectual Property Section
    U.S. Department of Justice
    1301 New York Ave., NW
    Suite 600
    Washington, DC 20530
    Telephone: (202) 353-0229
    Facsimile: (202) 514-6113
    E-mail: jaikumar.ramaswamy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 08-0237 MHP |
|     Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER VACATING DATES AND DOCUMENTING EXCLUSION OF TIME |
| DAVID NOSAL, | ) | |
|     Defendant. | ) | |

    On February 2, 2010, the United States filed its Notice of Appeal in this matter. Accordingly, the Court vacates the trial date of February 16, 2010, that was previously set in this matter, as well as any pending pretrial conference dates and briefing schedules.

    Under 18 U.S.C. § 3161, any delay resulting from any interlocutory appeal is excluded in computing the time within which the trial of an offense must commence.  Accordingly, the parties agree, and the Court hereby documents, that time be excluded under the Speedy Trial Act

STIP. & [PROPOSED] ORDER VACATING DATES & DOCUMENTING EXCLUSION OF
TIME  [CR 08-0237 MHP]

1 | beginning on February 2, 2010, and continuing to the issuance of any mandate from the Court of
2 | Appeals.
3 |     The parties are ordered to appear on April 26, 2010, at 11:00 a.m. for a status hearing.

5 DATED: February 3, 2010      SCOTT N. SCHOOLS
    Associate Deputy Attorney General
6      Acting United States Attorney

8      _____/s/_____
    KYLE F. WALDINGER
9     Assistant United States Attorney

11 DATED: February 3, 2010      _____/s/_____
    STEVEN F. GRUEL
12     Attorney for the defendant David Nosal

14 IT IS SO ORDERED.
15 DATED: February 5, 2010

MARILYN HALL PATEL
United States District Judge

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]

STIP. & [PROPOSED] ORDER VACATING DATES & DOCUMENTING EXCLUSION OF
TIME  [CR 08-0237 MHP]    -2-