SCOTT N. SCHOOLS (SC 9990)
Associate Deputy Attorney General
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0237 MHP |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER RE-SETTING STATUS HEARING DATE |
| DAVID NOSAL, ) | |
|     Defendant. ) | |

    With the agreement of the parties, the Court enters this order continuing the April 26, 2010 status hearing to September 20, 2010. The parties stipulate, and jointly inform the Court, as follows:

    1.    On or about February 2, 2010, the United States filed its Notice of Appeal in this matter. At that time, the Court vacated the trial schedule and ordered the parties to appear on April 26, 2010 for a status hearing.

    2.    Since that time, the Court of Appeals has set a briefing schedule for the United States' appeal. The United States' opening brief was originally due to be filed on May 4, 2010. On April 9, 2010, the Court of Appeals granted the United States' motion for a 31-day extension of the time in which to file that brief, based on the fact that the Office of the Solicitor General needed additional time to complete its review of the proceedings in the district court, to analyze the legal issues involved, and to determine whether to authorize prosecution of the government's appeal. The United States' opening

STIP. & [PROPOSED] ORDER RE-SETTING STATUS HEARING DATE
CR 08-0237 MHP

brief is now due to be filed on June 4, 2010. The defendant Nosal's answering brief is due to be filed on July 6, 2010, and the United States' reply brief is due to be filed 14 days after service of the answering brief.

    3.   For these reasons, the parties jointly request that the court VACATE the April 26, 2010 status hearing, and re-set that hearing for September 20, 2010. At that time, the parties anticipate that they will be able to provide the Court with additional information regarding the status of the United States' appeal. If proceedings terminate in the Court of Appeals before that date, the parties will contact this Court's deputy clerk to schedule an appearance in the district court forthwith.

SO STIPULATED.

DATED:    April 20, 2010            SCOTT N. SCHOOLS
                                    Associate Deputy Attorney General
                                    Acting United States Attorney


                                    _____/s/_____
                                    KYLE F. WALDINGER
                                    Assistant United States Attorney


DATED:    April 20, 2010            _____/s/_____
                                    STEVEN F. GRUEL
                                    Attorney for the defendant David Nosal

                          [PROPOSED] ORDER

    For the reasons stated above, the parties' joint request that the April 26, 2010 status hearing be vacated is GRANTED. The parties are ORDERED to appear before the Court for a status hearing on September 20, 2010, at 11:00 a.m.


DATED:    April 21, 2010            _____
                                    MARILYN HALL PATEL
                                    United States District Judge

*IT IS SO ORDERED* — Judge Marilyn H. Patel

STIP. & [PROPOSED] ORDER RE-SETTING STATUS HEARING DATE
CR 08-0237 MHP                                                    -2-