MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID NOSAL,<br><br>    Defendant. | No. CR 08-0237 MHP<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER RE-SETTING STATUS<br>HEARING DATE |

      The United States and the defendant David Nosal submit this stipulation and proposed order to continue the February 7, 2011 status hearing to May 2, 2011. The parties stipulate, and jointly inform the Court, as follows:

      1.     On or about February 2, 2010, the United States filed its Notice of Appeal in this matter. At that time, the Court vacated the trial schedule and placed a status hearing date on its calendar regarding this matter. That initial status hearing date was later continued to September 20, 2010, and then again to February 7, 2011.

      2.     Oral argument before a panel of the Ninth Circuit Court of Appeals regarding the United States' appeal is currently scheduled for February 14, 2011. After oral argument, the court of appeals is expected to issue an opinion deciding the matter within 2 to 3 months.

STIP. & [PROPOSED] ORDER RE-SETTING STATUS HEARING DATE
CR 08-0237 MHP

1   3. For these reasons, the parties jointly request that the court **VACATE** the
2   February 7, 2011 status hearing, and re-set that hearing for May 2, 2011.  At that time, the
3   parties anticipate that they will be able to provide the Court with additional information
4   regarding the status of the United States' appeal.  If proceedings terminate in the Court of
5   Appeals before that date, the parties will contact this Court's deputy clerk to schedule an
6   appearance in the district court forthwith.
7   SO STIPULATED.
8   DATED:  February 2, 2011          MELINDA HAAG
                                      United States Attorney
9

10                                    _____/s/_____
                                      KYLE F. WALDINGER
11                                    Assistant United States Attorney

12

13  DATED:  February 2, 2011          _____/s/_____
                                      STEVEN F. GRUEL
14                                    Attorney for the defendant David Nosal

15
                              [PROPOSED] ORDER
16
        For the reasons stated above, the parties' joint request that the February 7, 2011
17
    status hearing be vacated is GRANTED.  The parties are ORDERED to appear before the
18
    Court for a status hearing on May 2, 2011 at 11:00 a.m.
19

20  DATED:     February __3_, 2011    _____
21                                    MARILYN HALL PATEL
                                      United States District Judge
22

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)