1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-6830
7     Facsimile: (415) 436-7234
      E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9                                    UNITED STATES DISTRICT COURT
10                                  NORTHERN DISTRICT OF CALIFORNIA
11                                         SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,           )   No.  CR 08-0237 EMC
                                       )
13        Plaintiff,                   )
                                       )   STIPULATION AND [PROPOSED]
14     v.                              )   ORDER RE-SETTING STATUS
                                       )   HEARING DATE
15 DAVID NOSAL,                        )
                                       )
16        Defendant.                   )
                                       )
17

18        The United States and the defendant David Nosal submit this stipulation and

19 proposed order to continue the February 22, 2012, status hearing to April 25, 2012.  The

20 parties stipulate, and jointly inform the Court, as follows:

21        1.      On or about February 2, 2010, the United States filed its Notice of Appeal

22 in this matter, seeking reversal of the District Court's dismissal of several counts of the

23 Superseding Indictment.  At that time, the District Court vacated the trial schedule.

24        2.      Oral argument before a panel of the Ninth Circuit Court of Appeals

25 regarding the United States' appeal was held on February 14, 2011.  On April 28, 2011,

26 the Court of Appeals issued an opinion reversing the District Court's dismissal order.

27        3.      On June 13, 2011, the defendant David Nosal filed his petition for rehearing

28 en banc in the Court of Appeals.  The United States filed its response to that petition on

STIP. & [PROPOSED] ORDER RE-SETTING STATUS HEARING DATE
CR 08-0237 EMC

1  July 20, 2011.  On October 27, 2011, the Court of Appeals ordered that the case be
2  reheard en banc.  The en banc oral argument occurred on December 15, 2011.  The en
3  banc panel has not yet issued its opinion.
4       4.     For these reasons, the parties jointly request that the Court **VACATE** the
5  February 22, 2012 status hearing, and re-set that hearing for April 25, 2012.  If
6  proceedings terminate in the Court of Appeals before that date, the parties will contact
7  this Court's deputy clerk to schedule an appearance in the District Court forthwith.
8  SO STIPULATED.
9  DATED: February 17, 2012                    MELINDA HAAG
                                               United States Attorney
10
11                                             _____/s/_____
                                               KYLE F. WALDINGER
12                                             Assistant United States Attorney
13
14 DATED: February 17, 2012                    _____/s/_____
                                               STEVEN F. GRUEL
15                                             Attorney for the defendant David Nosal
16

17                           **[PRO~~POS~~ED] ORDER**

18     For the reasons stated above, the parties' joint request that the February 22, 2012
19  status hearing be vacated is GRANTED.  The parties are ORDERED to appear before the
20  Court for a status hearing on April 25, 2012, at 2:30 p.m.  If proceedings in the Court of
21  Appeals terminate before that date, the parties are ordered to contact this Court's deputy
22  clerk to schedule an appearance in the District Court forthwith.
23
24  DATED:     February 21, 2012                _____
                                               EDWARD M. CHEN
25                                             United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

26
27
28

STIP. & [PROPOSED] ORDER RE-SETTING STATUS HEARING DATE
CR 08-0237 EMC                                                                    -2-