1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234
       E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                               SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,           )   No. CR 08-0237 EMC
                                       )
13         Plaintiff,                  )
                                       )   STIPULATION AND [PR~~OPOSED~~]
14     v.                              )   ORDER RE-SETTING STATUS
                                       )   HEARING DATE
15 DAVID NOSAL,                        )
                                       )
16         Defendant.                  )
                                       )
17

18         The United States and the defendant David Nosal submit this stipulation and

19 proposed order to continue the April 25, 2012, status hearing to July 18, 2012.  The

20 parties stipulate, and jointly inform the Court, as follows:

21         1.    On or about February 2, 2010, the United States filed its Notice of Appeal

22 in this matter, seeking reversal of the District Court's dismissal of several counts of the

23 Superseding Indictment.  At that time, the District Court vacated the trial schedule.

24         2.    Oral argument before a panel of the Ninth Circuit Court of Appeals

25 regarding the United States' appeal was held on February 14, 2011.  On April 28, 2011,

26 the Court of Appeals issued an opinion reversing the District Court's dismissal order.

27         3.    On June 13, 2011, the defendant David Nosal filed his petition for rehearing

28 en banc in the Court of Appeals.  The United States filed its response to that petition on

STIP. & [PROPOSED] ORDER RE-SETTING STATUS HEARING DATE
CR 08-0237 EMC

July 20, 2011.  On October 27, 2011, the Court of Appeals ordered that the case be reheard en banc.  The en banc oral argument occurred on December 15, 2011.  On Apri 10, 2012, the en banc panel issued its opinion affirming the district court's dismissal order.

    4.    On April 16, 2012, the United States moved in the Court of Appeals to stay the mandate on the basis that the Solicitor General, in consultation with the Criminal Division of the Department of Justice and the United States Attorney's Office, is currently considering whether to file a petition for certiorari.  A petition would be due on July 9, 2012.  On April 18, 2012, the Court of Appeals granted the United States' motion to stay the mandate.

    5.    For these reasons, the parties jointly request that the Court **VACATE** the April 25, 2012 status hearing, and re-set that hearing for July 18, 2012.  If proceedings terminate in the Court of Appeals before that date, the parties will contact this Court's deputy clerk to schedule an appearance in the District Court forthwith.

SO STIPULATED.

DATED:  April 24, 2012　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　KYLE F. WALDINGER
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


DATED:  April 24, 2012　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　STEVEN F. GRUEL
　　　　　　　　　　　　　　　　　　　　　Attorney for the defendant David Nosal

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | For the reasons stated above, the parties' joint request that the April 25, 2012 |
| 3 | status hearing be vacated is GRANTED.  The parties are ORDERED to appear before the |
| 4 | Court for a status hearing on July 18, 2012, at 2:30 p.m.  If proceedings in the Court of |
| 5 | Appeals terminate before that date, the parties are ordered to contact this Court's deputy |
| 6 | clerk to schedule an appearance in the District Court forthwith. |

DATED:    April __24__, 2012

_____
EDWARD M. CHEN
United States District Judge



IT IS SO ORDERED
Judge Edward M. Chen

STIP. & [PROPOSED] ORDER RE-SETTING STATUS HEARING DATE
CR 08-0237 EMC                                                                                                                  -3-