MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 08-0237 EMC |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | DOCUMENTING EXCLUSION OF TIME |
| ) | |
| DAVID NOSAL, ) | |
| ) | |
|     Defendant. ) | |

     With the agreement of the parties in open court on September 19, 2012, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 19, 2012, to February 27, 2013.  The parties stipulate, and the Court finds and holds, as follows:

     1.     The parties appeared before the Court on September 19, 2012, for trial and motions setting.  At that time, the Court set a trial date of April 8, 2013.  The Court also set a motions briefing schedule in which the defendant will file motions on January 16, 2013, for a hearing on February 27, 2013.

     2.     Given the history of this case, the prolonged period that the case was before the Ninth Circuit, and the complexity of the case, both parties need additional time to prepare the case for trial and the defendant needs additional time to prepare pretrial

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 08-0237 EMC

1 | motions.  In addition, undersigned defense counsel recently has been dealing with a
2 | medical issue, and he will need additional time to prepare pretrial motions and to prepare
3 | for trial for that additional reason.

4 |     3.    Based on the facts set out above and on the record in open court, the parties agree, and the Court so finds, that the period from September 19, 2012, to the date of the hearing on the pretrial motions, February 27, 2013, should be excluded from Speedy Trial Act calculations based on the need for effective preparation of both defense counsel and government counsel and the need for continuity of counsel.  Given the circumstances set out above, the Court finds that the ends of justice served by excluding the period from September 19, 2012, to February 27, 2013, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A)

    4.    Accordingly, and with the consent of the defendant David Nosal, the Court orders that the period from September 19, 2012, to February 27, 2013, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(iv).

SO STIPULATED.

DATED:   September 27, 2012        MELINDA HAAG
United States Attorney


                                                 /s/
                                    KYLE F. WALDINGER
Assistant United States Attorney


DATED:   September 27, 2012        /s/
                                    STEVEN F. GRUEL
Attorney for the defendant David Nosal

IT IS SO ORDERED.

DATED:   September 28, 2012



_____
EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 08-0237 EMC        -2-