1   MELINDA HAAG (CABN 132612)
    United States Attorney

2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   KYLE F. WALDINGER (ILBN 6238304)
    Assistant United States Attorney
5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone:  (415) 436-7200
7       Fax: (415) 436-7234
        E-Mail: kyle.waldinger@usdoj.gov
8
    Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12
    UNITED STATES OF AMERICA,              )    No.  CR 08-0237 EMC
13                                         )
            Plaintiff,                     )    STIPULATION AND [PROPOSED]
14                                         )    ORDER SETTING BRIEFING
        v.                                 )    SCHEDULE FOR MOTIONS *IN LIMINE*
15                                         )
    DAVID NOSAL,                           )    Court:        Hon. Edward M. Chen
16                                         )    Pretrial Date: March 26, 2013, 2:30 p.m.
            Defendant.                     )    Trial Date:   April 8, 2013
17                                         )
    _____   )
18

19          The above-captioned case is set for trial on April 8, 2013, with a pretrial conference

20   scheduled for March 26, 2013, at 2:30 p.m.  The parties hereby submit this stipulation to set a

21   briefing schedule with respect to the parties' motions *in limine*.

22          1.      Pursuant to the Court's Pretrial Order in this case (docket no. 267), the parties are

23   to file pretrial motions *in limine* for hearing at the March 26, 2013 pretrial conference pursuant to

24   Criminal Local Rule 47-2.  Under that rule, the motions *in limine* would be due to be filed on

25   March 12, 2013.  Responses to the motions *in limine* would be due a week later, on March 19,

26   2013, and reply briefs, if any, would be filed on March 22, 2013.

27          2.      Because the parties anticipate that they will each be filing motions *in limine* in this

28   case, and to provide the Court with additional time to consider those motions and to provide the

    STIP. & [PROPOSED] ORDER
    CR 08-0237 EMC

1  parties with additional time to respond and reply, the parties have jointly agreed to set the

2  following briefing schedule for those motions *in limine*:

3        a.      Motions *in limine* to be filed:              February 26, 2013

4        b.      Responses to motion *in limine* to be filed:  March 12, 2013

5        c.      Reply brief, if any, to be filed:             March 19, 2013

6        3.      The parties believe that the briefing schedule set forth above will aid the Court in

7  determining whether any evidentiary matters may be resolved before trial.

8  SO STIPULATED.

9  DATED:       January 29, 2013           MELINDA HAAG
                                           United States Attorney
10

11                                         _____/s/_____
                                           KYLE F. WALDINGER
12                                         Assistant United States Attorney

13  SO STIPULATED.

14  DATED:      January 29, 2013           _____/s/_____
                                           STEVEN F. GRUEL
15                                         DENNIS P. RIORDAN
                                           MARTHA BOERSCH
16                                         Attorneys for the defendant David Nosal

17

18                      **[PROPOSED] ORDER**

19        For the reasons set forth in the parties' stipulation, the Court adopts the briefing schedule

20  for motions *in limine* proposed by the parties.

21  IT IS SO ORDERED.

22          February 4, 2013

23  DATED:      January ___, 2013

24

25

26

27

28

STIP. & [PROPOSED] ORDER
CR 08-0237 EMC                                                              -2-