STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for David Nosal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>Vs.<br><br>DAVID NOSAL,<br><br>    Defendant. | No. CR-08-00237-EMC<br><br>STIPULATION AND [PROPOSED] ORDER WAIVING DEFENDANT'S APPEARANCE FOR FEBRUARY 27, 2013 MOTION HEARING |

Defendant David Nosal, by and through his attorney, Steven Gruel, hereby applies, and the United States of America, by and through its attorney, Kyle Waldinger, hereby stipulates, that based upon his accompanying waiver, this Court waive Mr. Nosal's personal presence at the motion hearing currently scheduled for February 27, 2013, at 3:00 p.m. in accordance with Federal Rule of Criminal Procedure 43.

*STIPULATION AND [PROPOSED] ORDER*

- 1

## WAIVER OF DEFENDANT'S PRESENCE

Pursuant to Federal Rules of Criminal Procedure 43, defendant David Nosal hereby waives his right to be present in open court at the upcoming motion hearing, scheduled for February 27, 2013, at 3:00 p.m.   Mr. Nosal requests that the Court proceed during his absence and agrees that his interests will be deemed represented at all times by the presence of his attorneys, the same as if he were personally present.

DATED:

_____
DAVID NOSAL
Defendant


SO STIPULATED:

DATED: 02/26/2013

/s/
_____
STEVEN F. GRUEL,
Attorney for David Nosal


DATED:  02/26/2013

/s/
_____
KYLE WALDINGER
Assistant United States Attorney

*STIPULATION AND [PROPOSED] ORDER*

- 2

1
2                               [PROPOSED] ORDER
3      Upon application and waiver of the defendant, David Nosal, and the stipulation set forth
4  above, good cause appearing, IT IS HEREBY ORDERED that defendant David Nosal's personal
5  presence on February 27, 2013, at 3:00 p.m. shall be waived in accordance with Federal Rule of
6  Criminal Procedure 43.
7  IT IS SO ORDERED.
8  DATED:  2/27/13           HONORABLE EDWARD M. CHEN
9                            United States District Judge



*STIPULATION AND [PROPOSED] ORDER*