UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>      v.<br>DAVID NOSAL,<br>      Defendant.<br>_____/ | Case No. CR-08-0237 EMC<br><br>**VERDICT FORM** |

**WE, THE JURY,** in the above-entitled case find the following beyond a reasonable doubt:

### COUNT NO. 1

### CONSPIRACY

1. We, the Jury in the above-entitled case, unanimously find the defendant DAVID NOSAL (guilty ✓) or not guilty _____ of conspiring to misappropriate, receive, possess, or transmit trade secrets, or gain unauthorized access to a computer used in interstate or foreign commerce or communication, in violation of 18 U.S.C. § 371.

### COUNT NO. 2

### COMPUTER FRAUD

2. We, the Jury in the above-entitled case, unanimously find the defendant DAVID NOSAL (guilty ✓) or not guilty _____ of gaining unauthorized access to a computer

1

used in interstate or foreign commerce or communication with intent to defraud and obtaining something of value on or about April 12, 2005, in violation of 18 U.S.C. § 1030(a)(4).

### COUNT NO. 3
### COMPUTER FRAUD

3. We, the Jury in the above-entitled case, unanimously find the defendant DAVID NOSAL guilty ✓ or not guilty _____ of gaining unauthorized access to a computer used in interstate or foreign commerce or communication with intent to defraud and obtaining something of value on or about July 12, 2005, in violation of 18 U.S.C. § 1030(a)(4).

### COUNT NO. 4
### COMPUTER FRAUD

4. We, the Jury in the above-entitled case, unanimously find the defendant DAVID NOSAL guilty ✓ or not guilty _____ of gaining unauthorized access to a computer used in interstate or foreign commerce or communication with intent to defraud and obtaining something of value on or about July 29, 2005, in violation of 18 U.S.C. § 1030(a)(4).

### COUNT NO. 5
### UNAUTHORIZED DOWNLOADING, COPYING, AND DUPLICATING OF TRADE SECRETS WITHOUT AUTHORIZATION

5. We, the Jury in the above-entitled case, unanimously find the defendant DAVID NOSAL guilty ✓ or not guilty _____ of downloading, copying, or duplicating trade secrets without authorization on or about April 12, 2005, in violation of 18 U.S.C. § 1832(a)(2).

## ALTERNATIVE FINDING: COUNT NO. 5
## ATTEMPTED DOWNLOADING, COPYING, AND DUPLICATING OF TRADE SECRETS WITHOUT AUTHORIZATION

6. We, the Jury in the above-entitled case, unanimously find the defendant DAVID NOSAL guilty _____ or not guilty _____ of attempted downloading, copying, or duplicating of trade secrets without authorization on or about April 12, 2005, in violation of 18 U.S.C. §§ 1832(a)(2) and (a)(4).

## COUNT NO. 6
## RECEIPT AND POSSESSION OF STOLEN TRADE SECRETS

7. We, the Jury in the above-entitled case, unanimously find the defendant DAVID NOSAL guilty ✓ or not guilty _____ of receipt or possession of stolen trade secrets on or about April 12, 2005, in violation of 18 U.S.C. § 1832(a)(3).

## ALTERNATIVE FINDING: COUNT NO. 6
## ATTEMPTED RECEIPT AND POSSESSION OF STOLEN TRADE SECRETS

8. We, the Jury in the above-entitled case, unanimously find the defendant DAVID NOSAL guilty _____ or not guilty _____ of attempted receipt or possession of stolen trade secrets on or about April 12, 2005, in violation of 18 U.S.C. §§ 1832(a)(3) and (a)(4).

*[Have the Foreperson date and sign the Verdict Form and send a note out that you have reached a unanimous verdict. When the entire panel is summoned to the courtroom for the reading of the verdict, the Foreperson shall bring the completed Verdict Form to the courtroom.]*

Dated: April 24, 2013

_____
FOREPERSON

3