1  STEVEN F. GRUEL (CSBN 213148)
   Attorney at Law
2  315 Montgomery Street, 9th Floor
   San Francisco, CA 94104
3  Telephone Number: (415) 989-1253
   Fax Number: (415) 449-3622
4  attystevengruel@sbcglobal.net

5  DENNIS P. RIORDAN (SBN 69320)
   DONALD M. HORGAN (SBN 121547)
6  RIORDAN & HORGAN
   523 Octavia Street
7  San Francisco, CA 94102
   Telephone Number: (415) 431-3472
8  Fax Number: (415) 552-2703
   dennis@riordan-horgan.com
9  Attorneys for David Nosal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-08-0237-EMC |
|   Plaintiff, | ) STIPULATION AND [PROPOSED] |
| vs. | ) ORDER PERMITTING MODIFICATION |
|   | ) OF CONDITIONS OF RELEASE TO |
| DAVID NOSAL, et al., | ) PERMIT TRAVEL TO CHINA |
|   Defendants. | ) |

Defendant David Nosal, by and through his counsel, Dennis P. Riordan, hereby requests that his conditions of release be modified to permit travel to and from China on the following dates: October 10, 2013 to October 19, 2013. This travel is business related.

On April 25, 2008, the Court authorized Mr. Nosal's pretrial release with the standard conditions including a $50,000 unsecured bond, no travel restrictions within the United States and that Mr. Nosal's passport be surrendered to his counsel. Defense counsel informed the Court

that Mr. Nosal's employment requires international travel. The Court ordered that any request for international travel required notice to the government and the Court's authorization.

On April 24, 2013, the defendant was convicted in this case. The Honorable Edward M. Chen ordered that the defendant remain on release with the previously imposed conditions while awaiting sentencing.

On August 27, 2013, the Court approved stipulation permitting Mr. Nosal's travel to and from Germany.

The government does not oppose and stipulates to this defense request, provided Mr. Nosal's unsecured bond is raised to $500,000, which Mr. Nosal agrees to. Further, Carol Mendoza of Pretrial Services has been contacted and does not object to this defense request. Upon his return to the United States, Mr. Nosal is to surrender his passport to his attorney for safekeeping until further order of this Court.

SO STIPULATED:

Dated: October 8, 2013         /s/ Dennis P. Riordan
                               DENNIS P. RIORDAN
                               Attorney for David Nosal


Dated: October 8, 2013         /s/ Kyle Waldinger
                               KYLE WALDINGER
                               Assistant United States Attorney

[PROPOSED ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, defendant David Nosal's conditions are modified to allow travel to China as stated in the stipulation.

Upon his return to the United States, Mr. Nosal is to surrender his passport to his attorney for safekeeping until further order of the Court. All other conditions of Mr. Nosal's release shall remain in effect.

IT IS SO ORDERED.

Dated: 10/9/13

_____
HONORABLE EDWARD M. CHEN
United States District Court Judge