MARK W. ROBERTSON (S.B. No. 200220)
mrobertson@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036
Telephone:     (212) 326-2000
Facsimile:      (212) 326-2061

SHARON M. BUNZEL (State Bar No. 181609)
sbunzel@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Third Party
Korn/Ferry International

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR-08-0237-EMC |
| Plaintiff, | **DECLARATION OF CAROLINE NAHAS** |
| v. | |
| DAVID NOSAL, | |
| Defendant. | |

# DECLARATION OF CAROLINE NAHAS

I, Caroline Nahas, declare and state as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently to the facts set forth below.

2. I am the Managing Director, Southern California of Korn/Ferry International ("Korn/Ferry"). I have held this position since 1999. I have been employed with Korn/Ferry since 1977.

3. In approximately December 2009, I was asked to meet with the US Attorney's Office for the Northern District of California ("USAO") and the Federal Bureau of Investigation ("FBI") in conjunction with the government's investigation and prosecution of David Nosal ("Nosal").

4. I estimate that in December 2009, I spent approximately 20 hours preparing for a meeting with the government, traveling to and from San Francisco to attend the meeting, and meeting with the USAO and FBI.

5. I estimate that in January 2010, I spent approximately 10 hours preparing for and attending a meeting with the government.

6. From January 2013 until the criminal trial in April 2013, I estimate that I spent approximately 70 hours assisting the government in its investigation and prosecution of Nosal. This included preparing for and attending meetings with the government, traveling to and from San Francisco to attend meetings and the trial, and testifying at the criminal trial.

7. Based on the foregoing, I estimate that, in total, I have spent approximately 100 hours assisting the government in its investigation and prosecution of Nosal.

8. In order to estimate the amount of time that I have spent on this matter, I have reviewed my Outlook calendar, reviewed e-mail correspondence, and reviewed other documents related to this matter.

9. Because I did not keep precise track of my time, this is an estimate only. I believe, however, that this is a conservative estimate and that I likely spent more time than I have listed.

I declare under penalty of perjury under the laws of the United States of America that the

DECLARATION OF CAROLINE NAHAS,
CR-08-0237-EMC

1 | foregoing is true and correct.

2 |     Executed this 11th day of November 2013, at Los Angeles, California.

*/s/ Caroline W. Nahas*

Caroline Nahas