STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for David Nosal

**FILED**

JUL 1 . 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        Vs.<br><br>DAVID NOSAL,<br><br>        Defendant. | ) No. CR-08-00237-EMC<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER PERMITING MODIFICATION OF<br>) PRETRIAL CONDITIONS OF RELEASE TO<br>) PERMIT INTERNATIONAL TRAVEL IN<br>) JULY 2016<br>)<br>)<br>)<br>)<br>) |

      Defendant David Nosal, by and through his attorney, Steven F. Gruel, hereby requests that

his conditions of pretrial release be modified to permit the following international travel on the

following dates:  From San Francisco, California to Tokyo, Japan on Sunday, July 24, 2016 and

return on Thursday July 28, 2016.

      This travel is business related.

      The government does not oppose and stipulates to this defense request.  Further, Carol

Mendoza of Pretrial Services has been contacted and does not object to this defense request

STIPULATION AND [PROPOSED] ORDER PERMITTING MODIFICATION
OF PRETRIAL CONDITIONS OF RELEASE TO PERMIT TRAVEL

- 1

provided that Mr. Nosal's provides her with his travel plans and housing arrangements for this

trip. Upon his return to the United States, Mr. Nosal is to surrender his passport to his attorney

for safekeeping until further order of the Court.

SO STIPULATED:

DATED: 06/30/2016        /s/ _____
                        STEVEN F. GRUEL
                        Attorney for David Nosal

DATED: 06/30/2016
                        __/s/_____
                        KYLE WALDINGER
                        Assistant United States Attorney

[PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING,

defendant David Nosal's pretrial release conditions are modified to allow the international travel

as outlined in the above stipulation.

Upon his return to the United States, Mr. Nosal is to surrender his passport to his attorney

for safekeeping until further order of the Court. All other conditions of Mr. Nosal's pretrial

release shall remain in effect.

IT IS SO ORDERED.

DATED:
7-1-16                  Magistrate Judge Maria-Elena James
                        United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER PERMITING MODIFICATION
OF PRETRIAL CONDITIONS OF RELEASE TO PERMIT TRAVEL

- 2