STEVEN F. GRUEL, ESQ.
California Bar No. 213148
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: 415-989-1253
Facsimile: 415-449-3622
Email: attystevengruel@sbcglobal.net

Attorney for Petitioner **David Nosal**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>DAVID NOSAL,<br><br>Petitioner. | Case No. CR 08-0237 EMC<br><br>**[P~~ROPO~~SED] ORDER GRANTING DEFENDANT NOSAL'S MOTION FOR LEAVE TO FILE SUR-REPLY TO UNITED STATES' REPLY RE POST REMAND ISSUES**<br><br>Hon. Edward M. Chen<br><br>Date: March 7, 2018<br>Time: 2:30 p.m. |

**FOR GOOD CAUSE SHOWN**, Defendant David Nosal is granted leave to file the proposed sur reply to the government's reply re: post-remand issues.

**SO ORDERED.**

Dated: __2/27__, 2018

IT IS SO ORDERED

Judge Edward M. Chen

HON. EDWARD M. CHEN
United States District Judge