# Exhibit 1

| | |
|---|---|
| **From:** | Nico Humphrey |
| **To:** | Waldinger, Kyle (USACAN) |
| **Cc:** | Carla Navarro |
| **Subject:** | RE: Activity in Case 3:08-cr-00237-EMC USA v. Nosal et al Motion for Early Termination of Probation |
| **Date:** | Wednesday, May 27, 2020 5:09:47 PM |
| **Attachments:** | image001.png |

Good evening,

As of January 28, 2020 Mr. Nosal's case was transferred to Carla Navarro. However I spoke to Carla yesterday about the Early Termination Order that was filed and she will be denying the early termination request. Mr. Nosal has not completed his 400 hours of community service. In the order that was submitted his attorney stated that Mr. Nosal completed 200 hours out of 400 hours. Our records indicated that he has only completed about 103 hours out of the 400 hours. Also Mr. Nosal was instructed to complete a financial packet on January 7, 2020 that requested information about his finances/income and he has refused to complete the financial packet. The financial packet was requested due to the client's income (reported $80,000.00/year) did not match his life style. Residence worth 4.5 Million, BMW i8 worth $170,000.00. He also conducts business in other countries and that income is unverifiable. He doesn't like to talk about income and has only reported the $80,000.00 that he pays his self through his business.

Carla Navarro will be filing a response to the Early Termination Request. I have also cc'd Carla on this email if you have any direct questions for her. If you have any additional questions for me feel free to call or email me back.

Regards,

**Officer N. Humphrey**
**United States Probation Officer**
1301 Clay Street, Suite 220S
Oakland, California 94612
Office:

**U.S. Probation Office - Northern District of California**

---

**From:** Waldinger, Kyle (USACAN) <Kyle.Waldinger@usdoj.gov>
**Sent:** Wednesday, May 27, 2020 3:11 PM
**To:** Nico Humphrey
**Subject:** FW: Activity in Case 3:08-cr-00237-EMC USA v. Nosal et al Motion for Early Termination of Probation

Nico – The last I knew you were David Nosal's PO.  I have not been ordered to respond to this motion, but wanted to get Probation's input and thoughts.

**From:** ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>

**Sent:** Tuesday, May 26, 2020 1:10 PM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 3:08-cr-00237-EMC USA v. Nosal et al Motion for Early Termination of Probation

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

## Notice of Electronic Filing

The following transaction was entered by Gruel, Steven on 5/26/2020 at 1:09 PM and filed on 5/26/2020

**Case Name:**         USA v. Nosal et al
**Case Number:**       3:08-cr-00237-EMC
**Filer:**             Dft No. 1 - David Nosal
**Document Number:** 679

**MOTION for Early Termination of Probation by David Nosal. (Gruel, Steven) (Filed on 5/26/2020)**

**3:08-cr-00237-EMC-1 Notice has been electronically mailed to:**

Jenny Clare Ellickson       jenny.ellickson@usdoj.gov

Kyle F. Waldinger       kyle.waldinger@usdoj.gov, caseview.ecf@usdoj.gov, kathy.tat@usdoj.gov

Martha A Boersch       martha@boersch-illovsky.com, ECF@boersch-illovsky.com, roxanne@boersch-illovsky.com

Matthew A. Parrella       matthew.parrella@usdoj.gov, Caseview.ECF@usdoj.gov, elise.etter@usdoj.gov

Steven Francis Gruel       attystevengruel@sbcglobal.net, steven@bluecoltinvestigations.com

**3:08-cr-00237-EMC-1 Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Nosal Motion for Early Termination of Probation.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=5/26/2020] [FileNumber=16982220-0]
[a3bdd9d7ed6dc89db1462668911c5caac538c506b45d8a26f5e0dd1019ba3482ee0e
29cae728ec55bac957b1ed79dae5449586b81ddb81c2f60332d81520af8e]]